AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

INDIA LATRICE LAWSON,

V.

ASCENT MORTGAGE RESOURCE GROUP, LLC d/b/a MY RENT TO OWN.

CASE NUMBER: 1:17-cv-00511

ASSIGNED JUDGE: Hon. Virginia M. Kendall

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

Ascent Mortgage Resource Group, LLC d/b/a My Rent To Own
c/o Registered Agent
Christopher Daniel Robinson
10200 E Girard Ave, Building D Suite 202
Denver, CO 80231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

ary 2, 2017

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

Civil Action No. 17-CV-00511

**India Latrice Lawson**

   **Plaintiff,**

v.

**Asscent Mortgage Resource Group, LLC, d/b/a My Rent to Own**

STATE OF COLORADO    )
)    ss
COUNTY OF DOUGLAS    )

    I, Kevin Williams, do hereby certify that I served a true and correct copy of Summons in a Civil Case and Civil Complaint and Demand for Jury Trial and Exhibit in Denver County at 10200 E. Girard Ave., Denver, Colorado 80231, at 12:50 p.m., on February 3, 2017, by personally handing the same to Amy Barroso, Office Manager.

✓   I am over the age of eighteen (18) and am not interested in, nor a party to this case.

    Signed under oath before me on   2/3/17  .

                                                                            Affiant
                                                                            Private Process Server

    SUBSCRIBED AND SWORN TO before me on this 3rd day of February, 2017, by Kevin Williams.

    Witness my hand and official seal.

                                                                        Notary Public

AMY T. WILLIAMS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19974000634
MY COMMISSION EXPIRES 2/8/2021