AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

INDIA LATRICE LAWSON

V.

PROFINITY LLC d/b/a MY RENT TO OWN,

CASE NUMBER: 1:17-cv-00511

ASSIGNED JUDGE: Hon. Virginia M. Kendall

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

Profinity LLC d/b/a My Rent to Own
c/o Registered Agent
Registered Agents, Inc.
3030 North Rocky Point Drive, Suite 150
Tampa, FL 33607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

February 13, 2017

DATE

# AFFIDAVIT OF PROCESS SERVER

Job # 1483

**Client Info:**

Sulaiman Law Group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523

**Case Info:**

**PLAINTIFF:**
INDIA LATRICE LAWSON
-versus-
**DEFENDANT:**
PROFINITY LLC D/B/A MY RENT TO OWN

UNITED STATES DISTRICT COURT

Court Case # 1:17-CV-00511

**Service Info:**

Date Received: 2/15/2017 at 02:38 PM
Service: I Served **PROFINITY LLC D/B/A MY RENT TO OWN C/O REGISTERED AGENTS, INC.**
With: **SUMMONS IN A CIVIL CASE, FIRST AMENDED COMPLAINT**
by leaving with **Laura Hart, RECEPTIONIST - AUTHORIZED TO ACCEPT**

At Business 3030 NORTH ROCKY POINT DRIVE, SUITE 150 TAMPA, FL 33607

Latitude: 27.968754
Longitude: -82.569335

On 2/20/2017 at 09:45 AM
Manner of Service: CORPORATE EMPLOYEE - AUTHORIZED TO ACCEPT
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3):; ALL CORPORATE OFFICERS WERE ATTEMPTED AT THE CORPORATE ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED EMPLOYEE WAS SERVED.

**Served Description:** (Approx)

Age: 30, Sex: Female, Race: White-Caucasian, Height: 5' 6", Weight: 180, Hair: Blond Glasses: Yes

I **James Rogers** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:
**James Rogers**
CPS 10-619169

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 378
Plantation, FL 33324

Client # 2017000504

SUBSCRIBED AND SWORN to before me this 27th day of february, 2017, by James Rogers, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of Florida

AURELIE WESTE
Notary Public, State of Florida
Commission# FF 173544
My comm. expires Jan. 9, 2019



1 of 1