UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDIA LATRICE LAWSON,<br><br>      Plaintiff,<br><br>v.<br><br>PROFINITY, LLC d/b/a MY RENT TO OWN<br><br>      Defendants. | Case No. 1: 17-cv-00511<br><br>Hon. Judge Virginia M. Kendall |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

**To the Clerk of the U.S. District Court for the Southern District of Illinois**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff requests that the Clerk enter the default of Defendant, PROFINITY, LLC d/b/a MY RENT TO OWN, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nathan C. Volheim, Esq. attached hereto.

Dated: March 21, 2017

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
(630) 575-8181 x113 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned, one of the attorneys for Plaintiff, certifies that on March 21, 2017, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. mail, postage prepaid:

Profinity LLC d/b/a My Rent to Own
7491 North Federal Highway, Suite C-5 #307
Boca Raton, FL 33487

Profinity LLC d/b/a My Rent to Own
c/o Registered Agent
Registered Agents, Inc.
3030 North Rocky Point Drive, Suite 150
Tampa, FL 33607

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
(630) 575-8181 x113 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com