UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDIA LATRICE LAWSON,<br><br>    Plaintiff,<br><br>v.<br><br>PROFINITY, LLC d/b/a MY RENT TO OWN<br><br>    Defendant. | Case No. 1: 17-cv-00511<br><br>Hon. Judge Virginia M. Kendall |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST PROFINITY, LLC d/b/a MY RENT TO OWN ON A SUM CERTAIN**

NOW comes INDIA LATRICE LAWSON ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. ("Sulaiman") and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against PROFINITY, LLC d/b/a MY RENT TO OWN ("Defendant") and in support thereof, stating as follows:

    1. On February 10, 2017, Plaintiff filed her First Amended Complaint for Relief Pursuant to the Telephone Consumer Protection Act ("TCPA") against Defendant. The basis of Plaintiff's Complaint is that Defendant violated the TCPA through its solicitation activities. Chiefly, Plaintiff alleges that Defendant made phone calls to Plaintiff's cellular phone using an ATDS after Plaintiff revoked consent. Even if Plaintiff *may* have consented to receive solicitation calls from Defendant through means of an ATDS, such permission was explicitly rescinded by her demands to cease contact.

1

2. On February 20, 2017, James Rogers, a process server for Accurate Serve of Plantation, effectuated service on Defendant. Service was made by hand delivery upon Laura Hart, a corporate employee who is authorized to accept such service on behalf of Defendant.

3. Attached to the Motion for Entry of Default was an affidavit signed by Nathan C. Volheim of Sulaiman, attesting that service had properly been effectuated and Defendant was not in member of a protected category.

4. On April 6, 2017, the Clerk for this Honorable Court entered Plaintiff's Entry of Default against Defendant.

5. Having gained an Entry of Default against Defendant, Plaintiff now moves this Honorable Court to enter a Default Judgment against Defendant and in favor of Plaintiff.

6. Plaintiff seeks statutory damages pursuant to 47 U.S.C. §§227(b)(3)(B)&(C) and payment of her costs and reasonable attorney fees pursuant to 815 ILCS 505/10a(c).

## STATUTORY DAMAGES

7. Plaintiff seeks statutory damages of at least $500.00 per phone call pursuant to 47 U.S.C. §227(b)(3)(B) of the TCPA.

8. Although Plaintiff is uncertain as to the exact number of phone calls she received from Defendant, she does recall that she received at least 10 calls. As such, at minimum, Plaintiff is entitled to $5,000.00.

## ATTORNEY FEES AND COSTS

9. Plaintiff seeks $5,010.00 in reasonable attorney fees and costs pursuant to 815 ILCS 505/10a(c). *See* attached Exhibit A is a true and correct itemization of Plaintiff's reasonable attorney fees and costs and attached Exhibit B is a true and correct copy of an affidavit endorsed by the undersigned.

WHEREFORE, Plaintiff, INDIA LATRICE LAWSON, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. Entering a Default Judgment against PROFINITY, LLC d/b/a MY RENT TO OWN and in favor of Plaintiff;

b. Awarding Plaintiff statutory damages of $5,000.00 pursuant to 47 U.S.C. §227(b)(3)(B) against PROFINITY, LLC d/b/a MY RENT TO OWN and in favor of Plaintiff;

c. Awarding Plaintiff $5,010.00 in costs and attorney fees against PROFINITY, LLC d/b/a MY RENT TO OWN and in favor of Plaintiff;

d. Awarding any other relief as this Honorable Court deems just and appropriate.

Dated: April 11, 2017

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff
Admitted in the Northern District of Illinois
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
(630) 575-8181 x113 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that April 11, 2017, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST PROFINITY, LLC d/b/a MY RENT TO OWN ON A SUM CERTAIN, to be served by U.S. mail, postage prepaid on:

Profinity LLC d/b/a My Rent to Own
7491 North Federal Highway, Suite C-5 #307
Boca Raton, FL 33487

Profinity LLC d/b/a My Rent to Own
c/o Registered Agent
Registered Agents, Inc.
3030 North Rocky Point Drive, Suite 150
Tampa, FL 33607

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq.
*Counsel for Plaintiff*
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Telephone: (630) 575-8181
nvolheim@sulaimanlaw.com