## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

INDIA LATRICE LAWSON,

      Plaintiff,

v.

PROFINITY, LLC d/b/a MY RENT TO
OWN,

      Defendant.

Case No. 1:17-cv-00511

Honorable Judge Virginia M. Kendall

## DEFAULT JUDGMENT ORDER

1.    Judgment by default is entered in favor of Plaintiff, INDIA LATRICE LAWSON,

and against Defendant, PROFINITY, LLC d/b/a MY RENT TO OWN, as follows:

| | |
|---|---|
| a. Statutory Damages | $ 5,000.00 |
| c. Attorney fees | $ 4,450.00 |
| d. Costs | $ 560.00 |

Dated: ___4-19___, 2017

Entered:

Virginia M. Kendall
U.S. District Court Judge